

# Fourth Court of Appeals
## San Antonio, Texas

August 13, 2018

No. 04-18-00531-CV

**IN RE** William **HEDGECOCK**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Irene Rios, Justice

On July 30, 2018, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on August 13, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2016-PA-00239, styled *In the Interest of Baby V.*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Rosie Alvarado presiding.